FILED
2017 FEB -6 PM 2:05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

John A. Olagues, Pro Se
A shareholder of Cherokee Inc.

CV17-938 DMG (AGRx)

Plaintiffs

Private Right of Action
Under Section 16 b of the
Securities Act of 1934
CIVIL ACTION

Versus

Jess M. Ravich, Director of Cherokee Inc.
And Cherokee Inc.

Defendants

## COMPLAINT
## JURY TRIAL DEMANDED

1. Plaintiff, alleges, based upon knowledge with respect to the facts relating to defendants upon information and belief with respect to all other allegations, as follows:

## INTRODUCTION

2. This action is brought pursuant to Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), [15 U.S.C. 78p(b)] ("Section 16(b)") in order to recover short-swing insider trading profits realized by defendant Jess M. Ravich while he was a statutory insider and officer of Cherokee Inc (CHKE).

3. Jess M. Ravich at all relevant times was a director of Cherokee Inc. within the meaning of Section 16(b).

1

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

001391

4. Section 16(b) requires company insiders to disgorge any profits earned by Section 16 (b) insiders through short-swing insider trading (i.e., non-exempt purchases and sales, or non-exempt sales and purchases, of the company's equity securities, within less than a six month period). Actual misuse of inside information is not an element of the claim although the statute embodies a presumption that statutory insiders have access to such inside information.

5. The SEC is not allowed to pass rules that exempt transactions that are comprehended to be within the purpose of Section 16 b of the 1934 Securities Act as stated in the last sentence of 16(b) shown below:

*"This subsection shall not be construed to cover any transaction where such beneficial owner was not such both at the time of the purchase and sale, or the sale and purchase, of the security or security-based swap agreement or a security-based swap involved, or any transaction or transactions which the Commission by rules and regulations may exempt as not comprehended within the purpose of this subsection".*

This part of Section 16 (b) is confirmed by the Court in Levy v. Sterling as below:

**United States Court of Appeals, Third Circuit.**
**Mark LEVY, Appellant v. STERLING HOLDING COMPANY, LLC; National Semiconductor Corporation; Fairchild Semiconductor International, Inc. No. 07-1849. Decided: October 1, 200**

*According to the statute itself, the purpose of section 16(b) is "preventing the unfair use of information which may have been obtained by such beneficial owner, director, or officer by reason of his relationship to the issuer." 15 U.S.C. § 78p(b). The statute authorizes the SEC to promulgate rules and regulations exempting from liability transactions that are "not comprehended within[this] purpose." Id.; see Levy I, 314 F.3d at 112. Exercising this authority, the SEC has established a number of section 16(b) exemptions. See 17 C.F.R.§§ 240.16b-1, .16b-3, .16b-5 to .16b-8 (codifying SEC Rules 16b-1, 16b-3, and 16b-5 to 16b-8).*

## PARTIES

- Plaintiff, John Olagues, shareholder of Cherokee Inc.

- Defendant is Jess M. Ravich

- Defendant, Cherokee Inc.

6. Cherokee Inc, Common Stock is registered with the SEC pursuant to Section 12 of the Exchange Act and the Common Stock trades on the NASDAQ under the symbol CHKE.

7. Cherokee Inc. is a necessary party as this action is brought by Plaintiff in order to obtain a recovery for the firm, Cherokee Inc.

## JURISDICTION AND VENUE

8. Jurisdiction of this Court is proper pursuant to Section 27 of the Exchange Act [15 U.S.C. §78aa].

9. Venue is properly laid in this District because Defendant, Jess M. Ravich is located in this District.

## SUBSTANTIVE ALLEGATIONS

10. The relevant transactions shown on Form 4s filed with the SEC by Defendant Jess M. Ravich are listed below: The Documents from SEC Form 4.com attached as **Exhibit A** show the relevant filings by Defendant Jess M. Ravich, who was a director when the purchases and dispositions illustrated below were made.

**Jess M. Ravich.... Director**

| Shares Purchased | Date | Price | Shares Disposed | Date | Price | Profit |
|---|---|---|---|---|---|---|
| 68,826 $693,760 | 9/15/2015 | $14.23 | 68,826 | 5/7/2015 | $24.31 | |
| 5,835 $56,074 | 9/16/2015 | $14.70 | 5,835 | 5/7/2015 | $24.31 | |

Total profit......................$749,834

11. The disposition of the 68,826 and the 5835 (above) shares was a 74,661 disposition to the issuer following the exercise on 5/7/2015 of 100,000 Employee Stock Options granted by the issuer. The well timed selection of the day to exercise was completely discretionary by Mr. Ravich and was in all probability based on "inside information". The exercise price of the ESOs was $18.15 with an expiration date of 1/28/2016. So the exercise of the ESOs was 7.5 months premature (i.e. 7.5 months before the expiration date). The options contract allowed him to exercise anytime after 2/1/2011. Upon exercise on 5/7/2015, he forced the issuer to accept 74,661 shares in payment of the exercise price and the tax liability.

So Mr. Ravich reduced his effective long stock position from effective ownership of 100,000 shares to ownership of 25,339 on 5/7/2015.

 Mr. Ravich forced the issuer to purchase 74,661 shares from him for near the highest closing price on any prior (i.e. $24.31) as shown in the graph above and thereby reduced his long position by over 74%.

 He then bought the 68,826 shares 4 months later at $14.23 after the stock dropped from over $25.00 five days earlier. And one day later he bought 5835 shares at $14.70

5



The above graph shows the date of Exercise and Disposition to the issuer (D) at $24.31 and Purchase (A) at $14.23

12. The decision to exercise was made with inside information and the disposition of shares was made with inside information. The discretionary exercise and the dispositions of shares to the issuer was when the issuer has no discretion to reject the exercise or Ravich's use of shares for the exercise price payment. This situation gave Mr. Ravich a large advantage over the issuer Cherokee Inc since Cherokee could not use the inside information. This type transaction is "comprehended within the purpose of subsection 16 (b)" of the 1934 Securities Act and can not be exempted by the SEC.

13. All of the Shares Purchased above were market transactions non-exempt from section 16 b. This is conceded by attorneys for Cherokee Inc.

## BASIS FOR INFORMATION AND BELIEF

14. Plaintiffs' information and belief is based on, among other things, the SEC Form 4s referenced herein and the violations of the Securities law as described above.

15. Also the SEC Staff opinion expressed in the Q and A, No.123.16 of May 23, 2007 supports Plaintiffs' view that dispositions must be automatic with no discretion to the issuer in order for executives to get exemptions via 16 b-3(e). See **Exhibit B**

## ALLEGATIONS AS TO DEMAND

16. Plaintiffs notified Cherokee Inc of the facts alleged above (the "Demand"). Attorneys for Cherokee Inc. refused to request disgorgement of the profits from Mr. Ravich and refused to file suit to recover such profits totaling $749,834 on behalf of Cherokee Inc.

17. The attorneys for Cherokee Inc. in a letter to Plaintiff, alleged that the disposition from Mr. Ravich to Cherokee Inc was exempt from Section 16 b of the 1934 Act via SEC Rule 16 b-3(e) and thus the attorneys alleged that the disposition of 74,661 shares on 5/7/2015 could not be matched with any of the purchases of shares on 9/15/2016 or 9/16/2016 .

## PRAYER FOR RELIEF

18. WHEREFORE, Plaintiff prays for judgment against Defendant, Jess M. Ravich in an amount to be determined at trial, plus prejudgment interest, post-judgment interest and such other and further relief as this Court may deem just and proper.

19. The amount to be at a minimum of $ 749,834 which is the total profit received from matched non exempt purchases and non exempt dispositions.

DATED this 31 th day of January, 2017.

Respectfully Submitted:

*John Olagues*

John Olagues

# EXHIBIT A

Home | Archives | Products | About | Contact | FAQ |   Welcome! Sign Out | My Account

| Sec Form 4 | Form 4 Filings | Insider Buys | Significant Buys | Penny Stocks Insider Buying | Insider Sales |
| | Insider Buy Sell Ratios | Stock Options | Insider Trading Stock Screener | Insider Trading Graph View | Insider Watch |

## Sec Filings Insider Trading - Ravich Jess M

Select Time period: 2 Years   Go!    google    yahoo!

Send this page to:  Blog   Digg   Reddit   Facebook   Stumble   del.icio.us

Enter Stock Ticker Symbol or Cik: _____ Search!   Cik Lookup...

Search By Company or Insider Name: _____ Search!

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch ==>> What is insider trading>>

Email a friend >>...

Insider Trading - Ravich Jess M
(c) http://www.secform4.com/

Total buys $3,403,135, total sales $3,035,710, net total $367,418
(Vertical in logarithmic scale. Chart based on reported date)

Goto page Prev, 0, 1, 2

**Common stock purchase or sale:**

| Transaction Date | Reported Date | Company | Symbol | Insider Relationship | Shares Traded | Average Price | Total Amount | Shares Owned | Filing |
|---|---|---|---|---|---|---|---|---|---|
| 2015-09-15 Purchase | 2015-09-17 5:14 pm | Cherokee Inc | CHKE | Ravich Jess M Director | 68,826 | $14.23 | $979,559 | 207,739 (Direct Indirect) | View |
| 2015-04-01 Sale | 2015-05-05 7:49 pm | Tcw Direct Lending LLC | | Ravich Jess M Director | 15,000 | $100 | $1,500,000 | 40,000 (Direct) | View |
| 2015-03-19 Purchase | 2015-03-24 12:11 pm | Tcw Direct Lending LLC | | Ravich Jess M Director | 5,000 | $100 | $500,000 | 55,000 (Direct) | View |

**Stock options: Exercise, Award, Grant, Conversion**

| Transaction Date | Reported Date | Exercisable Expiration | Company | Symnbol | Insider Relationship | Shares Traded | Conversion Price | Shares Owned | Filing |
|---|---|---|---|---|---|---|---|---|---|
| 2015-06-08 Option Award | 2015-06-10 8:33 pm | 2018-06-08 2022-06-08 | Cherokee Inc | CHKE | Ravich Jess M Director | 16,667 | $22.94 | 138,913 (Direct) | View |
| 2015-06-08 Option Award | 2015-06-10 8:33 pm | 2017-06-08 2022-06-08 | Cherokee Inc | CHKE | Ravich Jess M Director | 16,667 | $22.94 | 138,913 (Direct) | View |
| 2015-06-08 Option Award | 2015-06-10 8:33 pm | 2016-06-08 2022-06-08 | Cherokee Inc | CHKE | Ravich Jess M Director | 16,666 | $22.94 | 138,913 (Direct) | View |
| 2015-06-08 Option Award | 2015-06-10 8:33 pm | N/A N/A | Cherokee Inc | CHKE | Ravich Jess M Director | 40,000 | $0 | 138,913 (Direct) | View |
| 2015-05-07 Exercise | 2015-05-11 7:51 pm | 2011-01-28 2016-01-28 | Cherokee Inc | CHKE | Ravich Jess M Director | 100,000 | $18.15 | 173,574 (Direct) | View |
| 2015-05-07 Tax Withholding | 2015-05-11 7:51 pm | N/A N/A | Cherokee Inc | CHKE | Ravich Jess M Director | 74,661 | $24.31 | 173,574 (Direct) | View |
| 2015-05-07 Exercise | 2015-05-11 7:51 pm | N/A N/A | Cherokee Inc | CHKE | Ravich Jess M Director | 100,000 | $18.15 | 173,574 (Direct) | View |

Goto page Prev, 0, 1, 2

© 2005-2017 SecForm4.Com All rights reserved.
Archives: 2017 2016 2015 2014 2013 2012 ...
Mon, 30 Jan 2017 13:13:32 -0600

SEC is the U.S. Securities and Exchange Commission. EDGAR is a trademark of the SEC. SecForm4.Com is not affiliated with or approved by the U.S. Securities and Exchange Commission (SEC).

Terms of Use | Privacy Statement |

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934<br>or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Estimated average burden<br>hours per response: 0.5 |
|---|---|---|

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br> RAVICH JESS M <br><br> (Last) (First) (Middle) <br> 149 S. BARRINGTON, #828 <br><br> (Street) <br> LOS ANGELES  CA  90049 <br> (City)   (State)   (Zip) | 2. Issuer Name and Ticker or Trading Symbol <br> CHEROKEE INC [ CHKE ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 05/07/2015 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director        10% Owner <br>   Officer (give title below)   Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br>   Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/07/2015 | | M | | 100,000 | A | $18.15 | 173,574 | D | |
| Common Stock | 05/07/2015 | | F | | 74,661 | D | $24.31 | 98,913 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock Options (right to buy) | $18.15 | 05/07/2015 | | M | | | 100,000 | 01/28/2011 | 01/28/2016 | Common Stock | 100,000 | $0 | 0 | D | |
| Common Stock Options (right to buy) | $16.08 | | | | | | | 02/01/2011 | 02/01/2015 | Common Stock | 2,666 | | 2,666 | D | |
| Common Stock Options (right to buy) | $16.08 | | | | | | | 02/01/2012 | 02/01/2015 | Common Stock | 2,667 | | 5,333 | D | |
| Common Stock Options (right to buy) | $16.08 | | | | | | | 02/01/2013 | 02/01/2015 | Common Stock | 2,667 | | 8,000 | D | |
| Common Stock Options (right to buy) | $13.06 | | | | | | | 06/18/2012 | 06/18/2019 | Common Stock | 5,500 | | 5,500 | D | |
| Common Stock Options (right to buy) | $12.65 | | | | | | | 06/27/2013 | 06/27/2020 | Common Stock | 5,500 | | 5,500 | D | |
| Restricted Stock Units | (1) | | | | | | | 06/27/2016 | 06/27/2016 | Common Stock | 1,500 | | 1,500 | D | |

**Explanation of Responses:**

1. Each restricted stock unit represents a contingent right to receive one share of common stock of Cherokee Inc.

<u>Jason Boling under POA for Jess M. Ravich</u>  <u>05/11/2015</u>
\*\* Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* RAVICH JESS M | 2. Issuer Name and Ticker or Trading Symbol CHEROKEE INC [ CHKE ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O CHEROKEE INC. 5990 SEPULVEDA BLVD SUITE 600 | 3. Date of Earliest Transaction (Month/Day/Year) 09/15/2015 | X Director ☐ 10% Owner ☐ Officer (give title below) ☐ Other (specify below) |
| (Street) SHERMAN OAKS CA 91411 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/15/2015 | | P | | 230 | A | $14.2299 | 139,143 | D | |
| Common Stock | 09/15/2015 | | P | | 300 | A | $14.45 | 139,443 | D | |
| Common Stock | 09/15/2015 | | P | | 348 | A | $14.2099 | 139,791 | D | |
| Common Stock | 09/15/2015 | | P | | 600 | A | $14.4946 | 140,391 | D | |
| Common Stock | 09/15/2015 | | P | | 800 | A | $14.4437 | 141,191 | D | |
| Common Stock | 09/15/2015 | | P | | 926 | A | $14.4899 | 142,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4779 | 143,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4684 | 144,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4877 | 145,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4952 | 146,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4966 | 147,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,000 | A | $14.4807 | 148,117 | D | |
| Common Stock | 09/15/2015 | | P | | 1,086 | A | $14.2 | 149,203 | D | |
| Common Stock | 09/15/2015 | | P | | 1,984 | A | $14.4467 | 151,187 | D | |
| Common Stock | 09/15/2015 | | P | | 5,000 | A | $14.25 | 156,187 | D | |
| Common Stock | 09/15/2015 | | P | | 5,000 | A | $14.2 | 161,187 | D | |
| Common Stock | 09/15/2015 | | P | | 10,000 | A | $14.0857 | 171,187 | D | |
| Common Stock | 09/15/2015 | | P | | 10,000 | A | $14.1935 | 181,187 | D | |
| Common Stock | 09/15/2015 | | P | | 25,000 | A | $14.2033 | 206,187 | D | |
| Common Stock | 09/15/2015 | | P | | 400 | A | $14.239 | 206,587 | D | |
| Common Stock | 09/15/2015 | | P | | 500 | A | $14.4982 | 207,087 | D | |
| Common Stock | 09/15/2015 | | P | | 652 | A | $14.23 | 207,739 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

**Truth in Options**
Stock Options Consultants

John Olagues
413 Sauve Rd.
River Ridge, LA 70123
U.S.A

7016 2070 0000 6205 5799

U.S. POSTAGE PAID
NEW ORLEANS, LA
70123
JAN 30, 17
AMOUNT
**$5.80**
R2303S101896-97

CENTRAL DISTRICT OF CALIFORNIA
FEB - 2 2017
DEPUTY

Clerk of Court.
U.S. District Court
Central District of California
Western Division
First Street Federal
            Courthouse
350 W 1st Street Suite
                    4311
Los Angeles, CA. 90012-4565