1   MARK R.S. FOSTER (CA SBN 223682)
    MFoster@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile:  415.268.7522

5   Attorneys for Defendant(s)
    JESS M. RAVICH, and CHEROKEE INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

12  John A. Olagues, Pro Se, A Shareholder of      Case No. 2:17-cv-938 DMG
    Cherokee Inc.,                                            (AGRx)
13
                      Plaintiff,               **(1) JOINT RESPONSE OF
14                                                 PARTIES REGARDING
         v.                                        SERVICE IN RESPONSE
15                                                 TO MAY 16, 2017 ORDER
    Jess M. Ravich, Director of Cherokee Inc.      TO PLAINTIFF TO
16  and Cherokee Inc.,                             SHOW CAUSE; AND**

17                    Defendant(s).            **(2) STIPULATION
                                                   REGARDING SERVICE
18                                                 AND [PROPOSED]
                                                   ORDER REGARDING
19                                                 SCHEDULE**

20

21

22

23

24

25

26

27

28

sf-3771300

1    The parties jointly submit this response and stipulation regarding service and

2    scheduling in response to the Court's May 16, 2017 Order (the "Order") for

3    Plaintiff to show cause in writing on or before May 30, 2017, why this action

4    should not be dismissed for lack of prosecution.

5         A.    Plaintiff John A. Olagues, *pro se*, commenced this action on

6    February 6, 2017.

7         B.    Plaintiff asserts claims, purportedly on behalf of nominal defendant

8    Cherokee Inc., against defendant Jess M. Ravich, for alleged violations of

9    Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b).

10        C.    On February 17, 2017, counsel for defendants contacted Plaintiff

11   requesting that Plaintiff prepare service waivers or enter into a stipulation regarding

12   service and response deadlines.

13        D.    Since then, the parties have had numerous communications regarding

14   the substance of Plaintiff's claims and good faith discussions about trying to resolve

15   this action without the necessity of further litigation activity.  Those discussions are

16   ongoing.

17        E.    Defendants hereby acknowledge service of the Summons and

18   Complaint in this action without the necessity of Plaintiff taking any additional

19   steps to effectuate formal service of process.

20        F.    The parties agree that it would be fruitful for the parties to continue

21   their dialogue about potential resolution of this action before incurring additional

22   expense in the near term and agree that deferring Defendants' deadline to respond

23   to the Complaint for sixty days would facilitate those efforts.

24        THEREFORE, the parties agree, subject to this Court's approval, as follows:

25        1.    Defendants shall respond to the Complaint on July 21, 2017.

26        2.    In the event that Defendants move to dismiss the complaint, as

27   presently anticipated, Plaintiff shall file any opposition on August 21, 2007.

28

1

sf-3771300

1        3.    Defendants shall file any reply briefs in support of their motion(s) on

2    September 11, 2017.

3

4

5    Dated:    May _23_, 2017    By: _____

6        John A. Olagues

    Plaintiff, Pro Se

7

8

9    Dated:    May _____, 2017    MARK R.S. FOSTER

10       MORRISON & FOERSTER LLP

11

12       By: _____

    Mark R.S. Foster

13

    Attorneys for Defendants

14       Jess M. Ravich, and Nominal

    Defendant Cherokee Inc.

15

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20   Dated: _____, 2017

21       _____

22       HON. DOLLY M. GEE

    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

    3

sf-3771300

1        3.    Defendants shall file any reply briefs in support of their motion(s) on

2    September 11, 2017.

3

4

5    Dated:   May _____, 2017       By: _____

                                John A. Olagues

6                                     Plaintiff, Pro Se

7

8

9    Dated:   May 24, 2017         MARK R.S. FOSTER
                                 MORRISON & FOERSTER LLP

10

11

12                                  By: _____/s/ *Mark R.S. Foster*_____
                                   Mark R.S. Foster

13                                    Attorneys for Defendants

14                                    Jess M. Ravich, and Nominal
                                 Defendant Cherokee Inc.

15

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19   Dated: _____, 2017

20

21

22                                    HON. DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

sf-3771300

1

**CERTIFICATE OF SERVICE**

2      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,
3   and I am over the age of eighteen years.

4      I further declare that on May 24, 2017, I served a copy of:

5          **(1)     JOINT RESPONSE OF PARTIES REGARDING
            SERVICE IN RESPONSE TO MAY 16, 2017 ORDER TO**
6          **PLAINTIFF TO SHOW CAUSE; AND**

7          **(2) STIPULATION REGARDING SERVICE AND
            [PROPOSED] ORDER REGARDING SCHEDULE**

8

9   **[X]**  **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof
            enclosed in a sealed envelope with postage thereon fully prepaid, addressed as
10          follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street,
            San Francisco, California  94105-2482 in accordance with Morrison & Foerster
11          LLP's ordinary business practices.

12
            I am readily familiar with Morrison & Foerster LLP's practice for collection and
13          processing of correspondence for mailing with the United States Postal Service, and
            know that in the ordinary course of Morrison & Foerster LLP's business practice the
14          document(s) described above will be deposited with the United States Postal
            Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP
15          with postage thereon fully prepaid for collection and mailing.

16
    **[X]**  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically
17          mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail
            system to the e-mail address(es) set forth below, or as stated on the attached service
18          list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

19          John Olagues
            413 Sauve Road
20          River Ridge, LA  70123
            olagues@gmail.com
21

22      I declare under penalty of perjury that the foregoing is true and correct.

23      Executed at San Francisco, California, this 24th day of May, 2017.

24

25

26   _____          _____
            Linda B. Roiz                    /s/ Linda Roiz
27           (typed)                          (signature)

28

Certificate of Service

sf-3771748